

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of C.T., a juvenile,          * From the County Court at Law
                                              of Midland County,
                                              Trial Court No. J07277.

No. 11-25-00048-CV                          * August 21, 2025

                                            * Memorandum Opinion by Trotter, J.
                                              (Panel consists of: Bailey, C.J.,
                                              Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.